IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME L. GRIMES,　　　　　　　　　　　　No. C 15-80133M CW

　　　　Plaintiff,　　　　　　　　　　　　ORDER RETURNING
　　　　　　　　　　　　　　　　　　　　　COMPLAINT TO
　　v.　　　　　　　　　　　　　　　　　　PLAINTIFF

KERN, et al.,

　　　　Defendants.
_____/

　　　　On December 9, 2005, this Court entered a pre-filing order regarding the cases filed by Plaintiff Jerome Grimes.  The pre-filing order states that if Mr. Grimes files a complaint that is "related to any of the following matters:

　　　　(1) a diversified group of individuals who commit acts
　　　　of terror against Mr. Grimes, his family and other
　　　　citizens;

　　　　(2) an injunction against the defendants to prevent them
　　　　from kidnaping, framing, falsely imprisoning or
　　　　otherwise terrorizing Mr. Grimes, his family, and other
　　　　citizens;

　　　　(3) a court order for the defendants to be subjected to
　　　　a lie detector test;

　　　　(4) covert terrorism

it will not be filed unless it presents cognizable claims that are not based on merely conclusory allegations.  Second, no other complaints filed by Mr. Grimes while he is not incarcerated or detained will be filed unless they contain intelligible factual allegations and claims for relief."

　　　　The Court has reviewed the above-captioned complaint filed by Mr. Grimes and finds that it shall not be filed because it alleges

that Defendants are engaged in covert terrorism. Mr. Grimes alleges no cognizable causes of action in this complaint. Moreover, the complaint appears to be based on events that took place in New York. Accordingly, it is not clear that this Court is the appropriate venue for any claims arising out of these events.

    Because the above-captioned complaint concerns matters mentioned in the pre-filing order and presents no cognizable cause of action, the Clerk of the Court is ordered not to file it. Instead, the complaint shall be returned to Mr. Grimes.

    IT IS SO ORDERED.

Dated: 05/22/2015

    CLAUDIA WILKEN
United States District Judge